In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00339-CV**

_____

**IN THE INTEREST OF J.G., C.G., A.G., AND J.G.**

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 13-03-02206-CV**

## MEMORANDUM OPINION

A.G., appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on January 19, 2022
Opinion Delivered January 20, 2022

Before Golemon, C.J., Kreger and Horton, JJ.